# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JAMES ZAKO,                      )
                                 )
                    Plaintiff,   )      **Case No.: 2:16-cv-00166-GMN-PAL**
        vs.                      )
                                 )      **ORDER OF RECUSAL**
HAMILTON COMPANY,                )
                                 )
                    Defendant.   )
_____)

     Prior to her appointment, Chief Judge Gloria M. Navarro represented an entity in an action brought by Plaintiff James Zako's local counsel, Leon Greenberg, in his individual capacity.  During the course of litigation, Chief Judge Navarro acquired confidential information regarding Mr. Greenberg.  Mr. Greenberg is therefore included on Chief Judge Navarro's conflict list.  Accordingly, to avoid the appearance of impropriety, Chief Judge Navarro recuses herself in this action.

     **IT IS THEREFORE ORDERED** that this action is referred to the Clerk for random reassignment of this case for all further proceedings.


     **DATED** this  14   day of April, 2016.


_____
Gloria M. Navarro, Chief Judge
United States District Court