1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAMES ZAKO,

                           Plaintiff,

v.

HAMILTON COMPANY,

                          Defendant.

Case No. 2:16-cv-00166-GMN-PAL

**ORDER**

(Mot. Participate Telephon. – ECF No. 53)

This matter is before the court on Defendant Hamilton Company's Motion to Participate Telephonically at August 9, 2016 Case Management Conference (ECF No. 53), filed August 1, 2016.  This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(A) and LR IB 1-3 of the Local Rules of Practice.  The court has considered the Motion.

Accordingly,

**IT IS ORDERED:**

1.  Defendant Hamilton Company's Motion to Participate Telephonically at August 9, 2016 Case Management Conference (ECF No. 53) is GRANTED.

2.  Jessica Woelfel of McDonald Carrano Wilson LLP may appear telephonically.  Ms. Woelfel is instructed to call Jeff Miller, Courtroom Administrator, at (702) 464-5420 before 4:00 p.m., August 8, 2016, to provide a telephone number where she may be reached.  The courtroom administrator will initiate the call.

Dated this 5th day of August, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1