UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES ZAKO,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>HAMILTON COMPANY,<br><br>　　　　　Defendant(s). | Case No. 2:16-CV-166 JCM (PAL)<br><br>ORDER |

Presently before the court is the matter of *Zako v. Hamilton Co.*, case number 2:16-cv-00166-JCM-PAL.

Plaintiff James Zako initiated this lawsuit against defendant Hamilton Company ("Hamilton") on July 8, 2015. (ECF No. 1). On September 8, 2015, Hamilton filed a motion to dismiss. (ECF No. 14). The court ultimately granted Hamilton's motion and dismissed Zako's complaint with prejudice. (ECF No. 64). Zako filed a notice of appeal on February 20, 2019. (ECF No. 66).

On December 10, 2019, the Ninth Circuit granted an unopposed motion to dismiss Zako's appeal, holding that "[p]ursuant to the terms of the parties' stipulation, the appeal is dismissed without prejudice to reinstatement in the event the District Court denies the joint motion for approval of their settlement agreement." (ECF No. 69). The court has not received the parties' joint motion for approval of settlement.

The court orders the parties to file a status report within fourteen (14) days of the date of this order indicating the status of the settlement agreement.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS SO ORDERED.

DATED January 15, 2020.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -